# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

FILED
15 JUL -1 PM 1:46
SHARON L. OVINGTON
UNITED STATES
MAGISTRATE JUDGE

United States of America,

    Plaintiff,

-vs-

Tod Cohn,

    Defendant.

Case No. 3:15-cr-62

Magistrate Judge Ovington

## ORDER

On oral motion of the Defendant in open court, in accordance with the provisions in Title 18 of the United States Code, Section 3161, the Defendant in the above case, Tod Cohn, hereby waives his right to a speedy trial in order to fully explore options for alternative disposition in his case. Pursuant to 18 U.S.C. § 3161(h)(7), the Court finds that the ends of justice served by this extension outweigh the interests of the public and the Defendant in a speedy trial. Therefore, the dates between the date of this waiver and the next scheduled court appearance are to be excluded from the speedy trial calculations under 18 U.S.C. § 3161 (h).

IT IS SO ORDERED.

Date: 7/1/15

_____
United States Magistrate Judge

Defendant: _____

Defense Counsel: _____